ACCEPTED
04-15-00239-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/11/2015 9:30:59 AM
KEITH HOTTLE
CLERK



**Nicholas "Nico" LaHood**

Criminal District Attorney

Bexar County, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

5/11/2015 9:30:59 AM

KEITH E. HOTTLE
Clerk

May 11, 2015

DEPUTY COUNTY CLERK
County Court at Law No. 6
300 Dolorosa, Second Floor
San Antonio, Texas 78205

**Re:** *State of Texas v. Victoria Mari Velasquez*,
Trial Cause No. 478295; Appellate Cause No. 04-15-00____-CR

Dear Clerk,

The above styled case is now pending appeal before the Fourth Court of Appeals. Pursuant to Texas Rule of Appellate Procedure 34.5, the State respectfully requests that you forward any of the following documents to the Fourth Court of Appeals:

1. Any order signed by the trial judge setting this case for a pretrial hearing.

Please call me if you have any questions or concerns.

Sincerely,

/s/ *Nathan E. Morey*

NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva, Suite 370
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attorney for the State of Texas*

**Paul Elizondo Tower – 101 W. Nueva St., Fourth Floor - San Antonio, Texas 78205**
**(210) 335-2311**
**For Victim Assistance call (210) 335-2105**

**cc:** NEIL A. CALFAS
*Attorney at Law*
State Bar No. 50511505
540 South St. Mary's Street
San Antonio, Texas 78205
Voice: (210) 212-7766
Fax: (210) 212-6969
*Attorney for the Defendant/Appellee*